## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| McNEIL & COMPANY | : |
| | : |
| | : |
| v. | : CASE NO. 3:00 CV 1408 (SRU) |
| | : |
| SECURITY INS. CO. OF HARTFORD, ET AL. | : |

### STATUS CONFERENCE ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this case is scheduled for a status conference with Judge Stefan R. Underhill on **July 16, 2004, at 4:00 p.m.** The conference will be in chambers (Room 410) at 915 Lafayette Boulevard in Bridgeport, Connecticut.

Counsel shall attend in person and be prepared to discuss with particularity all topics appropriate for consideration under Fed. R. Civ. P. 16.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and confirm that all parties have notice of the status conference. Any requests pertaining to the status conference shall be made to the Chambers of the Judge in writing, or by telephone confirmed in writing, no later than ten (10) days from the date of this order. Out-of-state counsel may seek permission from the court to participate by phone. Similarly, both lead counsel and local counsel need not attend so long as an attorney who is fully prepared to decide all matters pertaining to the case is present at the conference. Any counsel requesting continuances, which will be considered only for good cause clearly shown, shall consult with counsel for all other parties before making the request and shall provide the Court with a list of alternate times and/or dates.

It is so ordered.

Dated at Bridgeport this 17th day of June 2004.


                              /s/ Stefan R. Underhill
                                  Stefan R. Underhill
                                  United States District Judge