# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| McNEIL & CO. | : |
| | : |
| v. | : Civil Action No. |
| | : 3:00cv1408 (SRU) |
| SECURITY INSURANCE CO., ET AL | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_ A ruling on the following motions which are currently pending:

\_X\_ A settlement conference

\_\_\_ A conference to discuss the following: _____

\_\_\_ Other: _____

SO ORDERED this <u>26th</u> day of July 2004, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge