# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
*******************************************
McNEIL & COMPANY                          *
              Plaintiff                   *
     VS.                                  *
                                          *    Civil No. 3:00cv1408 (SRU)
SECURITY INSURANCE COMPANY                *
OF HARTFORD, CONNECTICUT                  *
INDEMNITY COMPANY, ORION                  *
CAPITAL CORPORATION, GUARANTY             *
NATIONAL CORPORATION, ROYAL &             *
SUNALLIANCE USA, INC., W. MARSTON         *
BECKER, MICHAEL SCHOLL, JOHN              *
MALONEY, DWIGHT MOEN, MARK                *
NAGLES, ALAN LAHUE, STEPHEN               *
MULREADY, DAVID RUCKER                    *
              Defendants                  *    August 10, 2004
*******************************************
```

## MOTION FOR ADMISSION OF NEAL A. DEYOUNG
## AS VISITING LAWYER

Pursuant to Local Rule 2(d), undersigned counsel for the plaintiff hereby moves this Court to enter an Order admitting Neal A. DeYoung, Esq., as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court.  In support of this motion, undersigned counsel states as follows:

1.     Undersigned counsel represents the plaintiff in the above-captioned action and is admitted to practice before this Court.

2.     Neal A. DeYoung is an attorney with an office located at 16 West 46th Street, New York, NY.  His telephone number is 212-490-9550.

3.     Mr. DeYoung has been a member in good standing of the State Bar of New York since October, 1986.  He is admitted to practice in the Southern and Eastern

Districts of New York and the United States Court of Appeals for the Eleventh Circuit. Mr. DeYoung has not been denied admission or disciplined by this Court or any other Court.

4. The additional qualifications and pertinent facts related to Mr. DeYoung's application are included in the Affidavit of Neal A. DeYoung, attached to this Motion and incorporated herein by reference.

5. The undersigned counsel for plaintiff shall also represent the plaintiff and serve as the sponsoring lawyer for Mr. DeYoung, in accordance with the requirements of Rule 2(d) of this Court's Local Rules of Civil Procedure.

6. In accordance with Local Rule 2(d)(2), a fee of $25 is accompanying this Motion.

**WHEREFORE**, plaintiff's undersigned counsel respectfully requests that the Court grant this Motion for Admission of Neal A. DeYoung as Visiting Lawyer.

Respectfully submitted,

By_____
Richard A. Bieder (ct04208)
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604
Tel:  203-336-4421
Fax: 203 368-3244
Email: rbieder@koskoff.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

******************************************
McNEIL & COMPANY                         *
                                         *
   VS.                    *
                                         *       Civil No. 3:00cv1408 (SRU)
SECURITY INSURANCE COMPANY               *
OF HARTFORD, CONNECTICUT                 *
INDEMNITY COMPANY, ORION                 *
CAPITAL CORPORATION, GUARANTY            *
NATIONAL CORPORATION, ROYAL &            *
SUNALLIANCE USA, INC., W. MARSTON        *
BECKER, MICHAEL SCHOLL, JOHN             *
MALONEY, DWIGHT MOEN, MARK               *
NAGLES, ALAN LAHUE, STEPHEN              *
MULREADY, DAVID RUCKER                   *       August 10, 2004
******************************************

## AFFIDAVIT OF NEAL A. DEYOUNG

    I, Neal A. DeYoung, hereby depose and say as follows:

    1.    I am an attorney duly admitted to practice law in the State of New York.

    2.    I have personal knowledge of the facts stated in this Affidavit and, if called and sworn as a witness, I could and would competently testify to the truth of the matters stated herein.

    3.    I make this Affidavit in support of the Motion for my admission *pro hac vice* to this Court for the purpose of representing plaintiff in all phases, including discovery and trial, of this matter.

    4.    I have been a member in good standing of the Bar of the State of New York since October 1986. I am admitted to practice in the Southern and Eastern Districts of New York and the United States Court of Appeals for the Eleventh Circuit.

5. I have never been disciplined.

6. I shall abide by all rules of this Court, including its disciplinary rules.

7. I will immediately notify this Court of any matter affecting my standing at the Bar of any other Court.

For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* to this Court for the purpose of representing the plaintiff in connection with this matter.

Signed and sworn under the pains and penalties of perjury this _____ day of August, 2004.

_____
Neal A. DeYoung

Subscribed and sworn to before me this      day of August, 2004.

_____
Notary Public

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this       day of  August, 2004 to all counsel and pro se parties of record, as follows:

Robert A Izard, Jr.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597.

_____
Richard A. Bieder