# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
*******************************************
McNEIL & COMPANY                          *
                                          *
    VS.                                   *
                                          *   Civil No. 3:00cv1408 (SRU)
SECURITY INSURANCE COMPANY                *
OF HARTFORD, ET AL.                       *   SEPTEMBER 7, 2004
*******************************************
```

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for McNeil & Company in addition to the appearances already on file.

By_____
Neal A. DeYoung
Federal Bar No. ct25150
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
NealADeYoung@aol.com
Tel:  203-336-4421
Fax: 203 368-3244

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day of September, 2004 to all counsel and pro se parties of record, as follows:

Edward Heath, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597.

_____
Neal A. DeYoung