UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN -6 P 4: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------x
MCNEIL & COMPANY,                :
                                 :
            Plaintiff,           :
                                 :   CIVIL NO. 300CV1408(SRU)(WIG)
      v.                         :
                                 :
SECURITY INSURANCE COMPANY OF    :
HARTFORD, ET AL.                 :
                                 :
            Defendants.          :
---------------------------------x   MAY 27, 2005

### JOINT MEDIATION STATUS REPORT
*(Submitted For Settlement Purposes Only)*

Pursuant to the Court's February 3, 2005 Order (the "Order"), the plaintiff, McNeil & Company (the "Plaintiff"), and the defendants, Security Insurance Company Of Hartford; Connecticut Indemnity Company; Orion Capital Corporation; Guaranty National Corporation; Royal & SunAlliance USA, Inc.; W. Marston Becker; Michael Scholl; John Maloney; Dwight Moen; Mark Nagles; Alan Lahue; Stephen Mulready; and David Rucker (the "Defendants," and collectively with the Plaintiff, the "Parties"), hereby submit this Mediation Status Report. The Order requires the Parties to submit a status report on their mediation efforts on or before May 31, 2005. As is explained more fully below, the Parties have worked diligently to comply with the Order and now request the Court's permission to submit a supplemental mediation status report on or before July 1, 2005.

In accordance with the Order, the Plaintiff served documents requests on the Defendants on February 14, 2005. The Parties negotiated the scope of those requests, and the Defendants provided responsive documents to the Plaintiff. Due to the unanticipated volume of responsive documents (which consisted of approximately ten boxes of documents), the Defendants required

more time than the Order's fifteen days to make the bulk of its responsive documents available and the Plaintiff required more time than the Order's fifteen days to review the documents and submit its revised mediation memorandum in which it was to articulate its claims in this matter. The Plaintiff provided the revised memorandum on May 5, 2005. On May 20, 2005, the Defendants submitted their response to that revised memorandum and mediation document requests of their own.

The Plaintiff now has fifteen days to provide responsive documents, and the Defendants anticipate needing two weeks to review these documents and conclude its mediation position. Thereafter, the Parties will conduct another mediation session between the Parties and their counsel, as set forth in the Order. As was discussed at the last status conference with the Court, the Court will not participate in that session. Although the Order required that the Parties conduct that session in late April or May 2005, the parties were unable to comply with that timeline due to the volume of documents that had to be produced and reviewed.

Under the schedule outlined above, the Parties expect to conduct another mediation session by June 30, 2005. Accordingly, the Parties request that the Court permit them to submit a supplemental mediation status report on or before July 1, 2005 in which they will convey one of the following conclusions:

1. The Parties conducted another mediation session, and the matter has settled;

2. The Parties conducted another mediation session, and additional mediation efforts are warranted such that the Parties will propose a mediation schedule going forward; or,

3. The Parties conducted another mediation session, concluded that further mediation efforts would be unproductive at this time, and intend to promptly proceed with the arbitration.

In light of the Court's concerns regarding the longevity of this case, the Parties further represent that if they report on July 1, 2005 that the matter has not settled, a scheduling conference with

the arbitration panel will be held by July 29, 2005 or as soon as reasonably practical thereafter depending on the panel members' schedules.

PLAINTIFF,
MCNEIL & COMPANY,

_____
Richard A. Bieder (ct )
Neal A. DeYoung (ct 25150)
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604
Tel.: (203) 336-4421
Fax: (203) 368-3244


DEFENDANTS,
SECURITY INSURANCE COMPANY OF HARTFORD, CONNECTICUT INDEMNITY CO., ORION CAPITAL CORP., GUARANTY NATIONAL CORP., ROYAL & SUNALLIANCE USA, INC., W. MARSTON BECKER, MICHAEL SCHOLL, JOHN MAHONEY, DWIGHT MOEN, MARK NAGLE, ALAN LAHUE, STEPHEN MULREADY AND DAVID RUCKER,

_____
Edward J. Heath (ct 20992)
eheath@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, Ct 06103-3597
Tel.: (860)275-8200
Fax: (860) 275-8299