UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MCNEIL & COMPANY,                             :
                                              :
                    Plaintiff,                :
                                              :     CIVIL NO. 300CV1408(SRU)(WIG)
        v.                                    :
                                              :
SECURITY INSURANCE COMPANY OF                 :
HARTFORD, ET AL.                              :
                                              :
                    Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x     SEPTEMBER 14, 2005

## SECOND SUPPLEMENTAL MEDIATION STATUS REPORT

The defendants, Security Insurance Company Of Hartford; Connecticut Indemnity

Company; Orion Capital Corporation; Guaranty National Corporation; Royal & SunAlliance

USA, Inc.; W. Marston Becker; Michael Scholl; John Maloney; Dwight Moen; Mark Nagles;

Alan Lahue; Stephen Mulready; and David Rucker (the "Defendants") hereby submit this

Second Supplemental Mediation Status Report as per the Defendants' July 1, 2005 Supplemental

Mediation Status Report (the "Supplemental Report").[1]

---

[1] The Defendants attempted to submit this as a joint report with the Plaintiff on August 31, 2005, as the July 1, 2005 Status Report indicated. Despite the Defendants' attempts since prior to August 31 to negotiate a joint report, the Plaintiff has not communicated its agreement to this or any other version of such a report. Yesterday, the Defendants advised the Plaintiff that they would file the report unilaterally on this date if the Plaintiff still had not responded.

As per the Supplemental Report, the parties conducted a full-day mediation on August 2, 2005 with Attorney William H. Narwold serving as mediator. At the conclusion of the August 2 mediation, the mediator recommended that the Plaintiff provide additional information to the Defendants with respect to certain supplemental issues and that the Parties then have an attorneys-only teleconference on August 31, 2005 to determine whether additional mediation efforts were warranted. On August 31, the parties conferred with the mediator concerning the supplemental issues and global settlement of all claims related to this case.

Despite the diligent and good faith efforts of the parties, this matter was not resolved through mediation. While the Defendants do not want to foreclose continued settlement discussions, they do not believe that additional formal mediation will be productive at this point. The Defendants understand that the Plaintiff also believes that additional formal mediation will not be productive at this point. Therefore, the parties intend to proceed with the arbitration of this matter.

The Defendants have requested that the arbitration panel be convened to conduct a scheduling conference within the next 30 days. The Defendants expect that the arbitration discovery and hearing will be completed within 12 months after the initial scheduling conference.

The Defendants further propose that the parties be ordered to provide the Court with an arbitration status report on or before December 9, 2005 and every 120 days thereafter.

<div style="margin-left: 50%;">

**DEFENDANTS,**
**SECURITY INSURANCE COMPANY**
**OF HARTFORD, CONNECTICUT**
**INDEMNITY CO., ORION CAPITAL**
**CORP., GUARANTY NATIONAL**
**CORP., ROYAL & SUNALLIANCE**
**USA, INC., W. MARSTON BECKER,**
**MICHAEL SCHOLL, JOHN**
**MAHONEY, DWIGHT MOEN, MARK**
**NAGLE, ALAN LAHUE, STEPHEN**
**MULREADY AND DAVID RUCKER**


Edward J. Heath (ct 20992)
eheath@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, Ct 06103-3597
Tel.: (860)275-8200
Fax: (860) 275-8299

</div>

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid,

and facsimile on this 14th day of September, 2005 to:

Richard Bieder, Esq.
Neal A. DeYoung, Esq.
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT  06604

_____
Edward J. Heath