# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*****************************************
| | |
|---|---|
| McNEIL & COMPANY | * |
| | * |
| VS. | * |
| | *   Civil No. 3:00cv1408 (SRU) |
| SECURITY INSURANCE COMPANY | * |
| OF HARTFORD, CONNECTICUT | * |
| INDEMNITY COMPANY, ORION | *   FEBRUARY 24, 2006 |
| CAPITAL CORPORATION, GUARANTY | * |
| NATIONAL CORPORATION, ROYAL & | * |
| SUNALLIANCE USA, INC., W. MARSTON | * |
| BECKER, MICHAEL SCHOLL, JOHN | * |
| MALONEY, DWIGHT MOEN, MARK | * |
| NAGLES, ALAN LAHUE, STEPHEN | * |
| MULREADY, DAVID RUCKER | * |

*****************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

THE PLAINTIFF
McNEIL & COMPANY

By _____
Neal A. DeYoung (ct 25150)
dyoung@koskoff.com
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT 06604
Tel.: (203) 336-4421
Fax: (203) 368-3244

DEFENDANTS,
SECURITY INSURANCE COMPANY
OF HARTFORD, CONNECTICUT
INDEMNITY CO., ORION CAPITAL
CORP., GUARANTY NATIONAL
CORP., ROYAL & SUNALLIANCE
USA, INC., W. MARSTON BECKER,
MICHAEL SCHOLL, JOHN
MAHONEY, DWIGHT MOEN, MARK
NAGLE, ALAN LAHUE, STEPHEN
MULREADY AND DAVID RUCKER,

By _____
Edward J. Heath (ct 20992)
eheath@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860)275-8200
Fax: (860) 275-8299
MARCH 27, 2006